IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:05CR3118 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MICHAEL J. KLUVER, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant through his counsel has advised that he wishes to plead guilty to this case plus several other federal cases in other jurisdictions. In order to allow those other cases to be transferred under Rule 20 to this district (as the parties in this case desire), I must set the plea date somewhat later than normal. That said, and at the request of counsel for all parties,

IT IS ORDERED that:

(1) The defendant is set for a plea before me in this case and related federal cases from other jurisdictions on Tuesday, May 16, 2006, at 1:00 p.m.

(2) Counsel for the government shall ensure that the related cases are transferred here promptly and that the Clerk of the Court is informed that those cases are related to this one so that the transferred cases will be assigned to me.

(3) On or before the date set for the plea proceeding, counsel for plaintiff and for defendant shall provide to the assigned probation officer their respective versions of the offense for purposes of preparing the presentence investigation report.

(4) For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. sec. 3161(h)(1)(I)&(h)(8)(A)(B).

March 16, 2006.                             BY THE COURT:

                                            s/ *Richard G. Kopf*
                                            United States District Judge